Michael G. Marderosian, No. 77296
Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF FRESNO, N. ROBEY (F.P.D. Badge No. P1303), CAMPOS (F.P.D. Badge No. 1067), LOPEZ (F.P.D. Badge No. 1309), M. GEBHART (F.P.D. Badge No. 1245), EDROZO (F.P.D. Badge No. 1111), A. ROBLES (F.P.D. No. 5142), GOMEZ (F.P.D. Badge No. UNK), D. LAMBERT (F.P.D. Badge No. P742), In their Official Capacities, and in their Individual Capacities

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENCIA ANN THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, N. ROBEY (F.P.D. Badge No. P1303), CAMPOS (F.P.D. Badge No. 1067), LOPEZ (F.P.D. Badge No. 1309), M. GEBHART (F.P.D. Badge No. 1245), EDROZO (F.P.D. Badge No. 1111), A. ROBLES (F.P.D. No. 5142), GOMEZ (F.P.D. Badge No. UNK), D. LAMBERT (F.P.D. Badge No. P742), In their Official Capacities, and in their Individual Capacities, and DOES 1 through 50,<br><br>    Defendants. | Case Number 1:06-CV-00356-AWI-LJO<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FOR DAMAGES; ORDER.** |

IT IS HEREBY STIPULATED AND AGREED between the parties herein, by and through their respective attorneys of record:

1. Defendant City of Fresno was served with the Complaint for Damages on June 30, 2006, resulting in a due date for the filing of a responsive pleading no later than July 20, 2006;

2. Plaintiff has not effectuated personal service of the Complaint for Damages upon the individually named defendant police officers as of the date of this stipulation;

3. Plaintiff is in the process of effectuating personal service upon the individually named defendant police officers;

4. Service of the defendants with the Complaint for Damages on different dates has and will result in varying deadlines for the filing of a responsive pleading on behalf of the respective defendants;

5. The parties desire to avoid different deadlines for the filing of responsive pleadings by defendants;

6. The parties further desire to avoid the filing of multiple responsive pleadings on behalf of defendants to the Complaint for Damages;

7. The time for filing a responsive pleading by defendant City of Fresno, including a Motion to Dismiss or Answer, shall be extended to the same date for filing a responsive pleading by the individually named defendant police officers, or twenty days subsequent to the service of said officers.

The stipulation herein is entered into pursuant to Eastern District Local Rule 6-144.

DATED: July, 18, 2006                NUTTALL & COLEMAN


                                     /s/ Wesley E. Stupar, Esq.
                                By:  _____
                                     WESLEY E. STUPAR,
                                     Attorney for Plaintiff

DATED: July 18, 2006                 MARDEROSIAN, RUNYON, CERCONE,
                                        LEHMAN & ARMO


                                     /s/ Michael G. Marderosian, Esq.
                                By:  _____
                                     MICHAEL G. MARDEROSIAN,
                                     Attorney for Defendants

# **ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that the time for filing a responsive pleading by defendant City of Fresno, including a Motion to Dismiss or Answer, shall be extended to the same date for filing a responsive pleading by the individually named defendant police officers, or twenty days subsequent to the service of the Complaint for Damages on said officers.

IT IS SO ORDERED.

**Dated:   July 19, 2006**                 /s/ Lawrence J. O'Neill
66h44d                                                    UNITED STATES MAGISTRATE JUDGE