# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| VALENCIA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, N. ROBEY (F.P.D. Badge No. P1303), CAMPOS (F.P.D. Badge No. 1309), LOPEZ (F.P.D. Badge No.1309), M. GEBHART (F.P.D. Badge No.1245), EDROZO (F.P.D. 1111), A. ROBLES (F.P.D. Badge No.5142, GOMEZ (F.P.D. Badge No.UNK), D. LAMBERT (F.P.D. Badge No. P742), In their Official Capacities, and in their Individual Capacities, and DOES 1 through 50,<br><br>    Defendants. | Case No.: 1:06-CV-00356-AWI-LJO<br><br>**STIPULATION AND ORDER REGARDING EXTENSION TO CONDUCT HEARING ON MOTION TO DISMISS**<br><br>Date    : September 11, 2006<br>Time    : 1:30 p.m.<br>Courtroom: 2 (Honorable Anthony W. Ishii) |

On August 28, 2006, the parties filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties herein that the hearing currently set for Defendants' Motion to Dismiss, on **September 11, 2006**, at **1:30 p.m.,** shall be continued two weeks to **September 25, 2006,** at **1:30 p.m.**   All dates for filing responsive and reply pleadings will be calendared from the continued date of the

1  hearing.

2      This continuance is requested by counsel for Plaintiff due to a calendar conflict
3  and the length of Defendants pleadings.

4      DATED: August 28, 2006.

5                                        NUTTALL & COLEMAN

6                              By: /S/ WESLEY STUPAR
7                                    WESLEY E. STUPAR
                                     Attorneys for Plaintiff
8                                    VALENCIA THOMPSON

9  DATED: August 28, 2006.

10

11                                   MARDEROSIAN, RUNYON,
                                     CERCONE, LEHMAN & ARMO
12
                              By: /S/ JACOB J. RIVAS
13                                   JACOB J. RIVAS
                                     Attorneys for Defendants
14

15

16                                   **ORDER**

17

18 IT IS SO ORDERED.

19 **Dated: August 29, 2006**            **/s/ Anthony W. Ishii**
   0m8i78                                  UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28