**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALENCIA ANN THOMPSON,  )<br>  )<br>        **Plaintiff**,  )<br>  )<br>v.  )<br>  )<br>CITY OF FRESNO, N. ROBEY (F.P.D.  )<br>Badge No. P1303), CAMPOS (F.P.D.  )<br>Badge No. 1067), LOPEZ (F.D.P. Badge  )<br>No. 1309), M. GEBHART (F.D.P. Badge  )<br>No. 1245), EDROZO (F.D.P. Badge No.  )<br>1111), A. ROBLES (F.D.P. Badge No.  )<br>5142), GOMEZ (F.P.D. Badge No. UNK.), )<br>D. LAMBERT (F.D.P. Badge No. P742),  )<br>In their Official Capacities, and in their  )<br>Individual Capacities, and DOES 1  )<br>through 50,  )<br>  )<br>        **Defendant**s.  )<br>_____)  | CV F 06-00356   AWI LJO<br><br>ORDER VACATING<br>HEARING DATE OF<br>SEPTEMBER 26, 2006, AND<br>TAKING MATTER UNDER<br>SUBMISSION |

       On August 4, 2006, defendants City of Fresno, et al. ("Defendants") noticed for hearing and decision a motion to dismiss pursuant to FRCP 12(b)(6).  The matter was scheduled for oral argument to be held on September 8, 2006.  The matter was subsequently rescheduled for oral argument to be held on September 25, 2006.

       The court has reviewed Defendant's motion, Plaintiff's response and Defendant's reply  and has determined that Defendants' motion to dismiss is suitable for decision without oral argument.  Local Rule 78-230(h).  Should the court later determine upon review of all submitted documents that oral argument is appropriate, the parties will be notified and the

matter will be scheduled for oral argument.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 25, 2006, is VACATED, and no party shall appear at that time.  As of the latter of September 25, 2006, the court will take the matter under submission and will thereafter render a decision or request further briefing or schedule oral argument as appropriate in accordance with Local Rule 78-230(h).

IT IS SO ORDERED.

**Dated:   September 21, 2006**               /s/ Anthony W. Ishii
h2ehf                                         UNITED STATES DISTRICT JUDGE

2