1  **ROGER T. NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Plaintiff,
6                VALENCIA THOMPSON

7

8              **UNITED STATES DISTRICT COURT**
9
              **EASTERN DISTRICT OF CALIFORNIA**
10
                     * * * * * * * *
11
   VALENCIA THOMPSON,              Case No.: 1:06-CV-00356-LJO
12
          Plaintiff,
13
       vs.                         **ORDER TO RESET DISCOVERY,**
14                                 **MOTION AND TRIAL DATES**
   CITY OF FRESNO, et al.,         **(Docs. 33, 36, 37.)**
15
          Defendants.
16

17

18                       ***O R D E R***
19  Good Cause appearing,

20  **IT IS ORDERED** that the trial scheduling dates are hereby modified as follows:

21  Expert Designation              November 30, 2007

22  Supplemental Expert Disclosure  December 7, 2007

23  Non-Expert Discovery Cutoff     January 2, 2008

24  Expert Discovery Cutoff         February 1, 2008

25  Pretrial Motions Filing Deadline  March 3, 2008

26  Pretrial Motions Hearing Deadline April 7, 2008

27  Pretrial Conference             May 19, 2008 at 8:30
28                                  a.m. in Dept. 4
                                    (LJO)

1
2   Jury Trial                                  June 23, 2008 at
                                                8:30 a.m. in Dept. 4
3                                               (LJO)
4
    IT IS SO ORDERED.
5
    **Dated:   August 16, 2007**                   /s/ Lawrence J. O'Neill
6                                                   UNITED STATES DISTRICT JUDGE
7
...
28