Michael G. Marderosian, No. 77296
Michael E. Lehman, No. 133523
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for:   Defendants CITY OF FRESNO, N. ROBEY (F.P.D. Badge No. P1303), CAMPOS (F.P.D. Badge No. 1067), LOPEZ (F.P.D. Badge No. 1309), M. GEBHART (F.P.D. Badge No. 1245), EDROZO (F.P.D. Badge No. 1111), A. ROBLES (F.P.D. No. 5142), GOMEZ (F.P.D. Badge No. UNK), D. LAMBERT (F.P.D. Badge No. P742), In their Official Capacities, and in their Individual Capacities

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENCIA ANN THOMPSON, | Case Number 1:06-CV-00356 LJO GSA |
| Plaintiff, | **STIPULATION RE DESIGNATION OF EXPERT WITNESSES**; ORDER |
| v. | |
| CITY OF FRESNO, N. ROBEY (F.P.D. Badge No. P1303), CAMPOS (F.P.D. Badge No. 1067), LOPEZ (F.P.D. Badge No. 1309), M. GEBHART (F.P.D. Badge No. 1245), EDROZO (F.P.D. Badge No. 1111), A. ROBLES (F.P.D. No. 5142), GOMEZ (F.P.D. Badge No. UNK), D. LAMBERT (F.P.D. Badge No. P742), In their Official Capacities, and in their Individual Capacities, and DOES 1 through 50, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the date for designation of expert witnesses be extended to December 21, 2007, and the date for supplementing expert witnesses be extended to December 28, 2007.  No other dates in the current scheduling order shall be extended absent further court order.

Dated:  November 29, 2007            MARDEROSIAN, RUNYON, CERCONE,
                                        LEHMAN & ARMO



                                     By:  /s/ Michael E. Lehman
                                         MICHAEL E. LEHMAN,
                                         Attorneys for Defendants above-named.

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

1

| | | |
|---|---|---|
| 1 | Dated:  November 27, 2007. | LAW OFFICES OF JOAN JACOBS LEVIE |

By:   /s/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorneys for Plaintiff above-named

**ORDER**

It is hereby ordered that the date for designation of expert witnesses be extended to December 21, 2007, and the date for supplementing expert witnesses be extended to December 28, 2007.

IT IS SO ORDERED.

**Dated:     November 29, 2007**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

2