**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559)498-8155
FACSIMILE: (559)498-8165

Attorney for Plaintiff, VALENCIA THOMPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

VALENCIA THOMPSON, )
      Plaintiff, ) CASE NO. 1:06-CV-00356-LJO
) **STIPULATION RE EXTENSION OF**
vs. ) **TIME TO CLOSE NON-EXPERT**
) **DISCOVERY; ORDER**
CITY OF FRESNO, et al., )
      Defendants. )
_____

    IT IS HEREBY STIPULATED by and between the parties through their attorneys of record as follows:

    1.    The non-expert discovery cutoff date is extended from January 2, 2008 until March 2, 2008.

    2.    The expert discovery cutoff is extended from February 1, 2008 until March 3, 2008.

    3.    The pretrial motions filing deadline is extended from March 3, 2008 until April 3, 2008.

//

4. The pretrial motions hearing deadline is extended from April 7, 2008 until May 7, 2008.

DATED:   December 26, 2007              Respectfully submitted,

                LAW OFFICES OF JOAN JACOBS LEVIE

                /s/Joan Jacobs Levie
                _____
                Joan Jacobs Levie
                Attorney for Plaintiff,
                VALENCIA THOMPSON

DATED:   December 26, 2007

                MARDEROSIAN, RUNYAN, CERCONE, LEHMAN & ARMO

                /s/Michael E. Lehman
                _____
                Michael E. Lehman
                Attorney for Defendants
                CITY OF FRESNO et al.

## **ORDER**

It is hereby ordered that the date for the non-expert discovery date is extended to 03/02/08; the expert discovery is extended to 03/03/08; the pretrial motions filing deadline is extended to **03/27/08**; and the pretrial motions hearing deadline is extended to **04/30/08**.

**Dated: December 28, 2007**              IT IS SO ORDERED.

                _/s/ Lawrence J. O'Neill_____
                UNITED STATES DISTRICT JUDGE