Michael G. Marderosian, Bar No. 77296
Michael E. Lehman, Bar No. 133523

MARDEROSIAN, RUNYON,
CERCONE, LEHMAN &
ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for, CITY OF FRESNO, N. ROBEY (F.P.D. Badge No. P1303), CAMPOS (F.P.D. Badge No. 1067, LOPEZ (F.P.D. Badge No. P1309), M. Gebhart (F.P.D. Badge No. P1245), EDROZO (F.P.D. Badge No. P1111), A. ROBLES (F.P.D. Badge No. P5142), GOMEZ (F.P.D. Badge No. UNK), D. LAMBERT (F.P.D. Badge No. P742), In their Official Capacities, and in their Individual Capacities

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENCIA ANN THOMPSON | Case No.: 06-CV-00356-LJO GSA |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE and ORDER TO DISMISS** |
| vs. | **FRCP 41** |
| CITY OF FRESNO, N. ROBEY (F.P.D. Badge No. P1303), CAMPOS (F.P.D. Badge No. 1067, LOPEZ (F.P.D. Badge No. P1309), M. Gebhart (F.P.D. Badge No. P1245), EDROZO (F.P.D. Badge No. P1111), A. ROBLES (F.P.D. Badge No. P5142), GOMEZ (F.P.D. Badge No. UNK), D. LAMBERT (F.P.D. Badge No. P742), In their Official Capacities, and in their Individual Capacities, and DOES 1 through 50, | Complaint Filed: 2/13/07 |
| Defendants. | |

TO THE HONORABLE COURT:

1

It is hereby stipulated by and between the parties, plaintiff VALENCIA ANN THOMPSON and defendants the CITY OF FRESNO, and Fresno Police Officers: NATHANIEL ROBEY, ALFRED CAMPOS, DAMON EDROZO, KAREN LOPEZ, MICHAEL GEBHART, ALEXANDER ROBLES, OFFICER GOMEZ (F.P.D. Badge No. UNK), and DAVIS LAMBERT, that this action, including any and all claims, be dismissed with prejudice pursuant to the terms of their Settlement Agreement and Release signed by plaintiff on January   , 2008.

**IT IS SO STIPULATED.**

DATED: January 24, 2008

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: _____
Michael G. Marderosian
Attorney for Defendants

DATED: January 28, 2008

NUTALL & COLEMAN

By: _____
Joan J. Levie
Roger T. Nuttal
Attorneys for Plaintiff

//

**ORDER**

This Court DISMISSES this case with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   February 6, 2008            /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE